# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:24-CR-00309-S |
| | § | |
| RODERICK MAURICE EVANS (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE
### AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the First Amended Petition for Person Under Supervision [ECF No. 13] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Roderick Maurice Evans's term of supervised release. *See* Order [ECF No. 11]. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order. *See* ECF 17. The Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court.

It is further **ORDERED** that Defendant is continued on terms of supervision with mental health treatment (without medication), and Defendant shall be allowed to travel for work-related purposes only if previously approved by the probation officer.

Defendant must provide requested travel-related information/documentation as requested by the probation officer.

**SO ORDERED.**

SIGNED December 19, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**